ACCEPTED
03-15-00438-CV
8426326
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2015 3:33:21 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-15-00438-CV**

**IN THE THIRD COURT OF APPEALS**

**AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/31/2015 3:33:21 PM

JEFFREY D. KYLE
Clerk

**VINCENT WRENCHER, SR.,** *Pro se*
**Appellant**

**v.**

**THE STATE OF TEXAS and**
**THE CITY OF AUSTIN,**
**Appellees.**

---

**MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF**

---

To the Honorable Court of Appeals:

Pursuant to the Texas Rule of Appellate Procedure 38.6(d), Appellee, The State of Texas by and through The Travis County Attorney's Office, its attorney of record, files this motion for an order extending the time to file Appellee's appellate brief, and respectfully shows the court the following:

1. The deadline for filing Appellee's appellate brief in this court is December 30, 2015.
2. Appellee seeks an order extending the time for filing Appellee's appellate brief for 30 days, so that Appellee's appellate brief would be due for filing in this court on January 29, 2016.
3. Appellee requests this extension of time to file its appellate brief due to the holidays and due to the fact the original attorney handling this case for the Travis County Attorney's Office is no longer in this division.
4. This court has granted no previous extensions regarding the Appellee filing its brief. The State of Texas' co-Appellee, the City of Austin, has also filed a motion for extension of time to file its' appellee brief.
5. The extension of time requested will not prejudice or inconvenience appellant in any manner, nor will the time for submission of this case be

1

extended by granting an extension of time in which to file Appellee's brief.

Prayer for Relief

Therefore, Appellee respectfully requests that the court issue an order extending the time for filing the Appellee's brief in the above case to January 29, 2016.

Respectfully submitted,

DAVID A. ESCAMILLA
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone:  (512) 854-9513
Facsimile:   (512) 854-4808

By:   /s/ Annalynn Cox
      Annalynn Cox
      State Bar No. 24001317
      ATTORNEYS FOR
      THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rules of Appellate Procedure 10.1(a)(5), I certify that I conferred with counsel for the City of Austin who indicated that they did not oppose this motion. I further certify that I made an attempt to confer with Appellant about this motion, and that counsel for the City of Austin was able to confer with Appellant, and that Appellant did not oppose this motion.

/s/ Annalynn Cox
Annalynn Cox
Assistant County Attorney

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion for Extension of Time to File Appellee Brief** has been sent in accordance with the Texas Rules of Appellate Procedure, via electronic delivery and/or certified mail return receipt requested on December 30, 2015 as follows:

**Via Electronic Delivery**
Mr. Jeffrey D. Kyle
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

Mr. Kenneth Conyer
City of Austin Law Department
P.O. Box 2135
Austin, Texas 78768
kenneth.conyer@austintexas.gov

**Via CMRRR # 70101060000109099467 and via electronic delivery**
Mr. Vincent Wrencher, Sr.
1117 Briargate
Austin, Texas 78753
vwrencher@yahoo.com

/s/ Annalynn Cox
Annalynn Cox
Assistant County Attorney

**CAUSE NO. 03-15-00438-CV**

**IN THE THIRD COURT OF APPEALS**

**AUSTIN, TEXAS**

---

**VINCENT WRENCHER, SR.,** *Pro se*
**Appellant**

**v.**

**THE STATE OF TEXAS and
THE CITY OF AUSTIN,
Appellees.**

**ORDER EXTENDING TIME FOR FILING APPELLEE'S
APPELLATE BRIEF**

---

The motion of Appellee the State of Texas, seeking an extension of time for filing its appellate brief in this appeal, was considered by this court on _____.

The court having examined the records, heard argument of counsel, and considered this motion, it appears to the court that the motion should be GRANTED.

It is therefore ordered that Appellees be permitted to file a brief no later than January 29, 2016.

It is so ordered.

Signed and entered on _____.

_____
Presiding Judge

4